DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    wes.samples@usdoj.gov

Attorneys for Defendant

D. VICTORIA BARANETSKY (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON GLANTZ,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br>    Defendant. | Case No.: 3:19-cv-08181-JCS<br><br>**JOINT STIPULATION REGARDING STATUTORILY EXEMPT GEOGRAPHIC TARGETING ORDER REPORTS** |

1	WHEREAS, in the spirit of mutual cooperation Plaintiffs The Center for Investigative Reporting and Aaron Glantz, as well as Defendant United States Department of Treasury wish to narrow the scope of issues in the above captioned matter;

WHEREAS, the Complaint (Dkt. No. 1) does not expressly exclude Geographical Targeting Reports from the scope of the above captioned matter;

WHEREAS, the FOIA Request (Dkt. No. 1-1 at p. 2-5) at issue in the above captioned matter (a singular FOIA request assigned case numbers FinCEN 19-178-F and goFOIA 2019-07-130) does not expressly exclude Geographical Targeting Reports; and

WHEREAS, the parties wish to resolve certain aspects of the above captioned matter without litigation.

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the parties as follows:

1. Geographic Targeting Reports ("GTO Reports") are reports filed under United States Code Title 31 Money and Finance, Subtitle IV Money, Chapter 53 Monetary Transactions, Subchapter II Records and Reports on Monetary Instruments Transactions, § 5326 Record of certain domestic transactions ("31 U.S.C. § 5326");

2. Such "report[s] and records of reports are exempt from disclosure under section 552 of title 5" under United States Code Title 31 Money and Finance, Subtitle IV Money, Chapter 53 Monetary Transactions, Subchapter II Records and Reports on Monetary Instruments Transactions, § 5319 Availability of reports ("31 U.S.C. § 5319");

3. Therefore, pursuant to numbered paragraphs 1 and 2, above, Defendant withheld GTO Reports as exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, including at least pursuant to, but not necessarily limited to, 5 U.S.C. § 522(b)(3) (also known as "Exemption 3" or "Exemption (b)(3)");

4. Plaintiffs shall not challenge Defendant's withholding in full of GTO Reports in the above captioned matter;

5. Defendant need not include GTO Reports in any *Vaughn* index in relation to the above captioned matter, and Plaintiffs shall not challenge Defendant's omission of GTO Reports from any

1 | *Vaughn* index prepared in relation to the above captioned matter; and

2 |     6.    Defendant need not address the sufficiency of its search for GTO Reports in any declaration in relation to the above captioned matter, and Plaintiffs shall not challenge Defendant's omission of GTO Reports from any declaration prepared as part of the above captioned matter.

DATED: June 25, 2020

Respectfully submitted,
DAVID L. ANDERSON
United States Attorney

*/s/ J. Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorneys

Attorneys for Defendant

DATED: June 25, 2020

Respectfully submitted,
*/s/ D. Victoria Baranetsky* [1]
D. VICTORIA BARANETSKY
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

JOINT STIPULATION REGARDING STATUTORILY EXEMPT GEOGRAPHIC TARGETING ORDER REPORTS
3:19-CV-08181-JCS     3

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: June 25, 2020

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge

JOINT STIPULATION REGARDING STATUTORILY EXEMPT GEOGRAPHIC TARGETING ORDER REPORTS
3:19-CV-08181-JCS                                4