DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    wes.samples@usdoj.gov

Attorneys for Defendant

D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON GLANTZ,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br>        Defendant. | Case No.: 3:19-cv-08181-JCS<br><br>**JOINT STIPULATION FOR SUMMARY JUDGMENT BRIEFING PLAN AND [PROPOSED] ORDER**<br><br>Date:     July 31, 2020<br>Time:    2:00pm<br>Location: By telephonic or videoconference per General Order 72-5 |

# INTRODUCTION

The parties to the above-captioned action jointly submit this stipulated summary briefing schedule pursuant to the Court's Order granting the parties Stipulation to Continue Initial Case Management Conference (Dkt. No. 26). Additionally, pursuant to that Order (Dkt. No. 26) and the parties Joint Stipulation With Proposed Order (Dkt. No. 25), the parties jointly request that the Court vacate the July 31, 2020 case management conference, as it is no longer necessary in view of the below agreed schedule.

## JOINT STIPULATION FOR SUMMARY JUDGMENT BRIEFING

WHEREAS, the parties wish to set a plan for summary judgment briefing.

NOW, THEREFORE, it is hereby STIPULATED and AGREED between The Center For Investigative Reporting and Aaron Glantz (collectively "Plaintiffs") and the United States Department of The Treasury ("Defendant"):

1. Plaintiffs and Defendant shall prepare for and brief summary judgment in this case pursuant to the table below (the "Stipulated Briefing Plan"):

| Stipulated Briefing Plan | | |
| --- | --- | --- |
| Event | Deadline | Page Limits[1] |
| Service of *Vaughn* Index by Defendant on Plaintiffs[2] | Thur., Aug. 13, 2020 | *Not applicable* |
| Defendant's Opening Motion For Summary Judgment[3] | Thur., Sept. 10, 2020 | May not exceed 20 pages |
| Plaintiffs' Cross Motion and Opposition | Thur., Oct. 1, 2020 | May not exceed 20 pages |
| Defendant's Cross Opposition and Reply | Thur., Oct. 22, 2020 | May not exceed 17 pages |
| Plaintiffs' Reply | Wed., Nov. 11, 2020 | May not exceed 12 pages |

---

[1] These "Page Limits" modify those set for briefs or memorandums in Civil Local Rules 7-2 and 7-3, and Plaintiffs and Defendant agree Civil Local Rules 7-2 and 7-3 shall otherwise control in so far as they are applicable in view of the Stipulated Briefing Plan.

[2] If Plaintiffs challenge the sufficiency of the *Vaughn* Index, Plaintiffs shall meet and confer with Defendant on or before August 20, 2020, in an effort to work with Defendant to resolve any dispute. Additionally, the *Vaughn* Index need not include GTO Reports pursuant to the parties' stipulation. *See* Dkt. No. 23.

[3] As of the filing of this Joint Stipulation, Plaintiffs have not challenged the sufficiency of Defendant's overall search, and the parties have stipulated that Plaintiffs shall not challenge Defendant's withholding in full of GTO Reports, such that Plaintiffs shall not raise challenges to these issues for the first time in their Cross Motion and Opposition and Defendant need not address these issues in its Opening Motion for Summary Judgment. *See* Dkt. No. 23.

| Hearing Date To Be Noticed By Parties[4] | Fri., Nov. 20, 2020 at 9:30 am[5] | *Not applicable* |

2. Plaintiffs and Defendant may revise, modify, or otherwise change the Stipulated Briefing Plan as they may mutually agree, and as subject to the Civil Local Rules.

DATED: July 23, 2020                    Respectfully submitted,

                                                  DAVID L. ANDERSON
                                                  United States Attorney

*/s/ J Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorneys

Attorneys for Defendants

DATED: July 23, 2020                    Respectfully submitted,

*/s/ D. Victoria Baranetsky* [6]
D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

---

[4] Subject to the Court's approval.

[5] In the alternative, if the Court would like more time between the final filing and the hearing, the parties propose Friday, December 4, 2020.

[6] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STIPULATION FOR SUMMARY JUDGMENT BRIEFING PLAN
3:19-CV-08181-JCS                                     3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON GLANTZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br>Defendant. | Case No.: 3:19-cv-08181-JCS<br><br>**[PROPOSED] ORDER** |

PURSUANT TO STIPULATION the schedule regarding the parties' Cross-Motions for Summary Judgement and serving of a *Vaughn* Index as described in the parties' Stipulated Briefing Plan it is hereby ordered. The Case Management Conference set for July 31, 2020 is vacated.

DATE: _____

_____
THE HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge

JOINT STIPULATION FOR SUMMARY JUDGMENT BRIEFING PLAN
3:19-CV-08181-JCS                             4