# EXHIBIT 2



**Investigative Memo**
Intelligence Division

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE/CONTAINS BSA INFORMATION

27 February 2018

**To Be Provided to:**

(b) (7)(E)

**Provided by:** FinCEN

(b) (7)(E), (b) (5)

(U) **FinCEN's Real Estate Geographic Targeting Orders:** A GTO is an order issued by FinCEN under the Bank Secrecy Act (BSA) that imposes additional recordkeeping or reporting requirements on financial institutions or other businesses in a specific geographic area.  In 2016 and 2017, FinCEN issued GTOs to U.S. title insurance companies in major metropolitan areas to assess the vulnerabilities presented by the use of shell companies to engage in residential real estate transactions without any financing.  The GTOs required the title insurance companies to identify the natural persons, i.e. beneficial owners behind the companies used to purchase this high-value residential real estate without financing.  The title insurance companies used the Form 8300 to report these transactions to FinCEN.



**Investigative Memo**

Intelligence Division

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE/CONTAINS BSA INFORMATION~~

15 August 2018

**Provided to:** (b) (7)(E)

**Provided by:** FinCEN

(b) (5), (b) (7)(E)

(U) **FinCEN's Real Estate Geographic Targeting Orders:** A GTO is an order issued by FinCEN under the BSA that imposes additional recordkeeping or reporting requirements on financial institutions or other businesses in a specific geographic area. In 2016, 2017, and 2018, FinCEN issued GTOs to U.S. title insurance companies in major metropolitan areas to assess the vulnerabilities presented by the use of shell companies to engage in all-cash residential real estate transactions. The GTOs required the title insurance companies to identify the natural persons, i.e. beneficial owners, behind the companies used to purchase high-value residential real estate without financing. The title insurance companies used the Form 8300 to report these transactions to FinCEN.

(b) (7)(E)

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~CONTAINS BSA INFORMATION~~



# Intelligence Assessment

*Financial Crimes Enforcement Network / Intelligence Division*

(b) (5), (b) (7)(E), (b)(3); 31 U.S.C. 5319

(U) **FinCEN's Real Estate Geographic Targeting Orders:** A GTO is an order issued by FinCEN under the Bank Secrecy Act (BSA) that imposes additional reporting or recordkeeping requirements on financial institutions or other businesses in a specific geographic area for a period of up to 180 days (U.S.C. § 5326(a); 31 C.F.R. § 1010.370; and Treasury Order 180-01).  Since January 2016, FinCEN has issued eight successive GTOs to U.S. title insurance companies in major metropolitan areas to assess the vulnerabilities posed by the use of legal entities to engage in all-cash residential real estate transactions.[b] The GTOs required the title insurance companies to identify and report the natural persons, i.e. beneficial owners, behind the companies used to purchase high-value residential real estate without financing.  These reports, filed on the FinCEN Form 8300 and Currency Transaction Report (CTR), are accessible to law enforcement for lead purposes.

(b) (5), (b) (7)(E)

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~CONTAINS BSA INFORMATION~~

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~CONTAINS BSA INFORMATION~~



# Intelligence Assessment

*Financial Crimes Enforcement Network / Intelligence Division*

(b) (5), (b) (7)(E), (b)(3); 31 U.S.C. 5319

(U) **FinCEN's Real Estate Geographic Targeting Orders:** A GTO is an order issued by FinCEN under the Bank Secrecy Act (BSA) that imposes additional reporting or recordkeeping requirements on financial institutions or other businesses in a specific geographic area for a period of up to 180 days (U.S.C. § 5326(a); 31 C.F.R. § 1010.370; and Treasury Order 180-01).  Since January 2016, FinCEN has issued eight successive GTOs to U.S. title insurance companies in major metropolitan areas to assess the vulnerabilities posed by the use of legal entities to engage in all-cash residential real estate transactions.[b] The GTOs required the title insurance companies to identify and report the natural persons, i.e. beneficial owners, behind the companies used to purchase high-value residential real estate without financing.  These reports, filed on the FinCEN Form 8300 and Currency Transaction Report (CTR), are accessible to law enforcement for lead purposes.

(b) (5), (b) (7)(E)

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
CONTAINS BSA INFORMATION



# Intelligence Assessment

*Financial Crimes Enforcement Network / Intelligence Division*

(b) (5), (b) (7)(E), (b)(3); 31 U.S.C. 5319

(U) FinCEN's Real Estate Geographic Targeting Orders: A GTO is an order issued by FinCEN under the Bank Secrecy Act (BSA) that imposes additional reporting or recordkeeping requirements on financial institutions or other businesses in a specific geographic area for a period of up to 180 days (U.S.C. § 5326(a); 31 C.F.R. § 1010.370; and Treasury Order 180-01).  Since January 2016, FinCEN has issued eight successive GTOs to U.S. title insurance companies in major metropolitan areas to assess the vulnerabilities posed by the use of legal entities to engage in all-cash residential real estate transactions.[b] The GTOs required the title insurance companies to identify and report the natural persons, i.e. beneficial owners, behind the companies used to purchase high-value residential real

(b) (5), (b) (7)(E)

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
CONTAINS BSA INFORMATION

ID/WH   (b) (7)(E)                                                                                          1

# FinCEN Intelligence Assessment

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~CONTAINS BSA INFORMATION~~

estate without financing.  These reports, filed on the FinCEN Form 8300 and Currency Transaction Report (CTR), are accessible to law enforcement for lead purposes.

(b) (5), (b) (7)(E)



UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE
CONTAINS BSA INFORMATION



# Intelligence Assessment

*Financial Crimes Enforcement Network / Intelligence Division*

(b) (5), (b) (7)(E), (b)(3); 31 U.S.C. 5319

(U) FinCEN's Real Estate Geographic Targeting Orders: A GTO is an order issued by FinCEN under the Bank Secrecy Act (BSA) that imposes additional reporting or recordkeeping requirements on financial institutions or other businesses in a specific geographic area for a period of up to 180 days (U.S.C. § 5326(a); 31 C.F.R. § 1010.370; and Treasury Order 180-01).  Since January 2016, FinCEN has issued eight successive GTOs to U.S. title insurance companies in major metropolitan areas to assess the vulnerabilities posed by the use of legal entities to engage in all-cash residential real estate transactions.[b] The GTOs required the title insurance companies to identify and report the natural persons, i.e. beneficial owners, behind the companies used to purchase high-value residential real

(b) (5), (b) (7)(E)

# FinCEN Intelligence Assessment

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~CONTAINS BSA INFORMATION~~

estate without financing.  These reports, filed on the FinCEN Form 8300 and Currency
Transaction Report (CTR), are accessible to law enforcement for lead purposes.

(b) (5)

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~CONTAINS BSA INFORMATION~~

ID/WH - (b) (7)(E)                                                                        2

UNCLASSIFIED//~~LAW ENFORCEMENT SENSITIVE~~
~~CONTAINS BSA INFORMATION~~



# Intelligence Assessment

*Financial Crimes Enforcement Network / Intelligence Division*

19 September 2019



(b) (7)(E), (b) (5), (b)(3); 31 U.S.C. 5319

(U) **FinCEN's Real Estate Geographic Targeting Orders:** A GTO is an order issued by FinCEN under the Bank Secrecy Act (BSA) that imposes additional reporting or recordkeeping requirements on financial institutions or other businesses in a specific geographic area for a period of up to 180 days (U.S.C. § 5326(a); 31 C.F.R. § 1010.370; and Treasury Order 180-01).  Since January 2016, FinCEN has issued eight successive GTOs to U.S. title insurance companies in major metropolitan areas to assess the vulnerabilities posed by the use of legal entities to engage in all-cash residential real estate transactions.[b]  The GTOs required the title insurance companies to identify and report the natural persons, i.e. beneficial owners, behind the companies used to purchase high-value residential real estate without financing.  These reports, filed on the FinCEN Form 8300 and Currency Transaction Report (CTR), are accessible to law enforcement for lead purposes.

(b) (7)(E), (b) (5)

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE/CONTAINS BSA INFORMATION



# Investigative Memorandum

*Financial Crimes Enforcement Network / Intelligence Division*

17 April 2019

**Provided to**

(b) (7)(E), (b) (6), (b) (7) (C)

**Provided by:** Intelligence Division, FinCEN

(b) (5), (b) (7)(E)



**(U) FinCEN's Real Estate Geographic Targeting Orders:** A GTO is an order issued by FinCEN under the BSA that imposes additional reporting or recordkeeping requirements on financial institutions or other businesses in a specific geographic area for a period of 180 days. Since March 2016, FinCEN issued seven successive GTOs to U.S. title insurance companies in major metropolitan areas to assess the vulnerabilities posed by the use of legal entities, i.e. corporations and limited liability companies, to engage in all-cash residential real estate transactions. The GTOs required the title insurance companies to identify and report the natural persons, i.e. beneficial owners, behind the companies used to purchase high-value residential real estate without financing. These reports, filed on the FinCEN Form 8300 and Currency Transaction Report (CTR), are accessible to law enforcement for lead purposes.

| GTO | Reporting Period | Jurisdictions/Price Threshold | Other Variable Terms | Filings |
|-----|-----------------|------------------------------|---------------------|---------|
| 1 | Mar 2016 – Aug 2016 | - Miami-Dade County ($1M) <br><br> - Borough of Manhattan ($3M) | - Specified Title Companies <br><br> - Currency, bank check or money order | (b) (3) (A) |
| 2 | Aug 2016 – Feb 2017 | - Add Brooklyn, Bronx, Queens, Staten Island ($1.5M) <br><br> - Add Broward, Palm Beach ($1M) <br><br> - Add San Diego, Los Angeles, San Francisco, San Mateo, Santa Clara ($1.5M) <br><br> - Add San Antonio ($500K) | -Add all Title Companies <br><br> - Add Personal and business check | |
| 3 | Feb 2017 – Aug 2017 | Same as GTO 2 | Same as GTO 2 | |
| Gap in coverage | Aug 2017 – Sep 2017 | Same as GTO 2 - voluntary filings accepted | Same as GTO 2 | |
| 4 | Sep 2017 – Mar 2018 | - Add Honolulu ($3M) | - Add wire transfers | |
| 5 | Mar 2018 – May 2018 <br> (b) (7)(E) | Same as GTO 4 | Same as GTO 4 | |
| 6 | (b) (7)(E) | | | |
| 7 | Nov 2018 – May 2019 | (b) (7)(E) | | |
| 8 | May 2019 – Nov 2019 | Same as GTO 7 | Same as GTO 7 | |
| 9 | Nov 2018 – May 2020 | Same as GTO 8 | Same as GTO 8 | |