# EXHIBIT 4



Financial Crimes Enforcement Network
U.S. Department of the Treasury

Washington, D.C. 20220

July 29, 2019

Aaron Glantz
Center for Investigative Reporting
1400 65th St, Suite 200
Emeryville, CA 94608
aglantz@revealnews.org

Case Numbers: FinCEN 19-178-F
                goFOIA 2019-07-130

Dear Mr. Glantz:

This letter responds to your July 17, 2019, Freedom of Information Act request (FOIA) request, addressed to the Financial Crimes Enforcement Network (FinCEN) FOIA Office, seeking, "any and all records -- including, data, documents, and correspondence that include information about the real human owners (in some cases known as beneficial owners) of all-cash real residential real estate transactions nationally from 2016 to the present, including but not limited to:

- Addresses of all residential real estate purchased with the cash, which FINCEN is aware of
- The amount of money transferred
- The name of the true, human owners of each residential real estate purchased with cash, including but not limited to those purchased by LLC, LLP, and LP shell companies
- The name of the individual responsible for representing the purchaser of the property
- The address of the human owners, the address of the individual responsible for representing the purchaser
- Any and all additional information FINCEN possesses about these purchases, which is publicly disclosable.

FinCEN can neither confirm nor deny the existence of the materials that you seek.  Reports filed under the Bank Secrecy Act and records of such reports are exempt from disclosure under FOIA.  31 USC 5319; 5 USC 552(b)(3).  Except to the extent necessary for the performance of official duties, FinCEN is prohibited from disclosing Bank Secrecy Act records and information that would reveal whether Bank Secrecy Act records do or do not exist.  31 USC 5318(g); 31 C.F.R. 1020.320(e)(2).  Our rules state explicitly that "official duties" would not include a "response to a request for disclosure of non-public information."  31 C.F.R. 1020.320(e)(2). (System of Records Notice, 79 Fed. Reg. 20969-20976.)

<u>Fees</u>

There are no fees associated with processing this request because the fees incurred do not exceed the minimum threshold necessary for charge.

<u>Administrative Appeal</u>

In the event that you wish to appeal this determination, an administrative appeal may be made in writing to FOIA FinCEN P.O. Box 39 Vienna, VA 22183.  Please be sure to clearly mark "FOIA/PA Appeal" on both the letter and envelope.   Your appeal **must be submitted within 90 days** from the date of this determination.  It should contain your FOIA request number and, to the extent possible, the reasons why you believe the initial determination should be reversed. In addition, the envelope in which the appeal is mailed should be prominently marked "FOIA Appeal."  Please note that the determination of the appeal will be administratively final.

Additionally, you have the right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5796.

If you have any questions pertaining to your request, please feel free to contact the FOIA Office at 703-905-5034 or email FinCENFOIA@fincen.gov.

Sincerely,

Rosemary Law
FOIA Officer