# EXHIBIT 6



Financial Crimes Enforcement Network
U.S. Department of the Treasury

Washington, D.C. 20220

August 7, 2019

Victoria D. Baranetsky
General Counsel
The Center for Investigative Reporting
1400 65th St., Suite 200
Emeryville, CA  94608
vbaranetsky@revealnews.org

Case Numbers: FinCEN 19-178-F
                         goFOIA 2019-07-130

Dear Ms. Baranetsky,

This letter acknowledges your August 1, 2019, Freedom of Information Act appeal received on August 7, 2019, in the Financial Crimes Enforcement Network (FinCEN) FOIA Office.

Your appeal is being directed to FinCEN's Office of Chief Counsel.  Every effort will be made to provide you with a timely response within 20 business days.

Further inquiries concerning your appeal should be mailed to:

>   Freedom of Information Act Appeal
>   FinCEN
>   P.O. Box 39
>   Vienna, VA  22183

Sincerely,

Rosemary Law
FOIA Officer

*www.fincen.gov*