# EXHIBIT 7



Financial Crimes Enforcement Network
U.S. Department of the Treasury

*Washington, D.C. 20220*

October 17, 2019

Victoria D. Baranetsky
General Counsel
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org

Re:   FinCEN 19-178-F
      goFOIA 2019-07-130

Dear Ms. Baranetsky:

    This responds to your letter to the Financial Crimes Enforcement Network ("FinCEN") dated August 1, 2019, appealing FinCEN's July 29, 2019 response to your FOIA request.

    Upon review of your appeal, I have decided to remand your request to FinCEN's FOIA Office for further processing. FinCEN's FOIA Office will contact you directly.

Sincerely,

Jamal El-Hindi
Deputy Director