# EXHIBIT 11



Financial Crimes Enforcement Network
U.S. Department of the Treasury

Washington, D.C. 20220

June 26, 2020

Aaron Glantz
Center for Investigative Reporting
1400 65th St, Suite 200
Emeryville, CA 94608
aglantz@revealnews.org

Case Numbers: FinCEN 19-178-F
                 goFOIA 2019-07-130

Dear Mr. Glantz:

This letter is in further response to your Freedom of Information Act (FOIA) request dated July 17, 2019, addressed to the Financial Crimes Enforcement Network (FinCEN) FOIA Office that FinCEN completed processing on February 27, 2020.

As FinCEN has been working to prepare materials related to your FOIA request in connection with the ongoing litigation involving this request presently pending in the U.S. District Court for Northern District of California, we have determined through our ongoing diligence that an estimated 1,799 pages were inadvertently not identified in FinCEN's prior response letters regarding your request. These pages are earlier versions or drafts of material identified by FinCEN in its three previous response letters, to include: (1) an earlier version of the materials addressed by the January 31, 2020 response letter; and (2) drafts of other documents addressed by the February 7, 2020 and February 27, 2020 response letters.

In addition, in exercising further diligence with regard to the materials responsive to your request, we have determined that 11 pages of material are suitable for release in part. Those 11 partially redacted pages are included with this letter. One of the 11 pages is from the materials covered by the January 31, 2020 response letter. Four pages are drawn from the materials covered by the February 27, 2020 letter. We are making a discretionary release as to the remaining six partially redacted pages, which are drawn from the inadvertently omitted material mentioned above. The remaining 1,793 pages of this inadvertently omitted material is being withheld in full as exempt from disclosure pursuant to the FOIA, 5 U.S.C. § 552.

Please refer to the Applicable FOIA Exemptions list at the end of this letter that identifies the authority for withholding the exempt material, which is indicated by a mark appearing in the block next to the exemption. An additional enclosure with this letter explains these FOIA exemptions in more detail.

If you have any questions pertaining to your request, please feel free to contact the FOIA Office at email FinCENFOIA@fincen.gov.

Sincerely,

Rosemary Law
FOIA Officer

**APPLICABLE EXEMPTIONS**
**FREEDOM OF INFORMATION ACT AND/OR PRIVACY ACT**

**Freedom of Information Act (5 U.S.C. 552)**

☐ (b)(1)   ☐ (b)(2)   ☒ (b)(3)   ☐ (b)(4)   ☒ (b)(5)   ☒ (b)(6)

☐ (b)(7)(A)   ☐ (b)(7)(B)   ☒ (b)(7)(C)   ☐ (b)(7)(D)   ☒ (b)(7)(E)   ☐ (b)(7)(F)

Enclosures

FREEDOM OF INFORMATION ACT
SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

Financial Crimes Enforcement Network (FinCEN) FOIA Branch applies FOIA exemptions to protect:

<u>Exemptions</u>

**Exemption (b)(1):** Records that contain information that is classified for national security purposes.

**Exemption (b)(2):** Records that are related solely to the internal personnel rules and practices of an agency.

**Exemption (b)(3):** Records specifically exempted from disclosure by code 31 U.S.C. § 5319, (Bank Secrecy Act) which includes disclosure of reports pertaining to monetary instruments transactions filed under subchapter II of chapter 53 of title 31 and records of those reports.

**Exemption (b)(4):** Records that contain trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

**Exemption (b)(5):** Inter- or intra-agency records that are normally privileged in the civil discovery context. The three most frequently invoked privileges are the deliberative process privilege, the attorney work-product privilege, and the attorney-client privilege:

- Deliberative process privilege – Under the deliberative process privilege, disclosure of these records would injure the quality of future agency decisions by discouraging the open and frank policy discussions between subordinates and superiors.
- Attorney work-product privilege – Records prepared by or at the direction of a FinCEN attorney.
- Attorney-client privilege – Records of communications between an attorney and his/her client relating to a matter for which the client has sought legal advice, as well as facts divulged by client to attorney and any opinions given by attorney based on these.

**Exemption (b)(6):** Records that contain identifying information that applies to a particular individual when the disclosure of such information "would constitute a clearly unwarranted invasion of personal privacy." This requires the balancing of the public's right to disclosure against the individual's right to privacy.

**Exemption (b)(7)(A):** Records or information compiled for law enforcement purposes, but only to the extent that production of such law enforcement records or information…could reasonably be expected to interfere with law enforcement proceedings.

**Exemption (b)(7)(C):** Records containing law enforcement information when disclosure "could reasonably be expected to constitute an unwarranted invasion of personal privacy" based upon the traditional recognition of strong privacy interests ordinarily appropriated in law enforcement records.

**Exemption (b)(7)(D):** Records or information compiled for law enforcement purposes [which] could reasonably be expected to disclose the identity of a confidential source, including a state, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source.

**Exemption (b)(7)(E):** Records compiled for law enforcement purposes, the release of which would disclose techniques and/or procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.