# EXHIBIT 22

# FinCEN Reissues Real Estate Geographic Targeting Orders for 12 Metropolitan Areas

**Contact:** Public Affairs, 703-905-3770
**Immediate Release:** May 15, 2019

WASHINGTON—The Financial Crimes Enforcement Network (FinCEN) today announced the renewal of its Geographic Targeting Orders (GTOs) that require U.S. title insurance companies to identify the natural persons behind shell companies used in all-cash purchases of residential real estate.  The purchase amount threshold remains $300,000 for each covered metropolitan area.

GTOs continue to provide valuable data on the purchase of residential real estate by persons possibly involved in various illicit enterprises.  Reissuing the GTOs will further assist in tracking illicit funds and other criminal or illicit activity, as well as inform FinCEN's future regulatory efforts in this sector.

Today's GTOs cover certain counties within the following major U.S. metropolitan areas:  Boston; Chicago; Dallas-Fort Worth; Honolulu; Las Vegas; Los Angeles; Miami; New York City; San Antonio; San Diego; San Francisco; and Seattle.

FinCEN appreciates the continued assistance and cooperation of the title insurance companies and the American Land Title Association in protecting the real estate markets from abuse by illicit actors.

Any questions about the Orders should be directed to the FinCEN Resource Center at FRC@FinCEN.gov (mailto:FRC@FinCEN.gov).

A copy of the GTO is available here (/sites/default/files/shared/Real%20Estate%20GTO%20Order%20FINAL%20GENERIC%205.15.2019_508.pdf).

Frequently asked questions regarding these GTOs are available here (/sites/default/files/shared/FAQs%20on%20Real%20Estate%20GTO%205.15.2019_508.pdf).

###

*The mission of the Financial Crimes Enforcement Network is to safeguard the financial system from illicit use, combat money laundering, and promote national security through the strategic use of financial authorities and the collection, analysis, and dissemination of financial intelligence.*



**Home (/index.php/)**

**Resources (/index.php/resources)**

**Contact (/index.php/contact)**

**About (/index.php/what-we-do)**

**Careers (/index.php/cutting-edge-opportunities)**

**Newsroom (/index.php/news-room)**

**Site Map (/index.php/sitemap)**

**Contract Opportunities (/index.php/about/contract-opportunities)**

USA.gov (https://www.USA.gov) | Regulations.gov (https://www.Regulations.gov) | Treasury.gov (https://www.treasury.gov) | IRS.gov (https://www.IRS.gov) | Freedom of Information Act (FOIA) (/freedom-information-act-foia-and-guide-accessing-fincen-information) | NO FEAR Act (https://www.treasury.gov/No-Fear-Act/Pages/default.aspx) | Accessibility (/accessibility) | EEO & Diversity Policy (/equal-employment-opportunity-and-diversity-policy) | Privacy Policy (/privacy-security)