# EXHIBIT 24

  

SOUTH FLORIDA    NEW YORK    LOS ANGELES    CHICAGO    NATIONAL    TRI-STATE

TRENDING:    Coronavirus    Retail    Commercial Real Estate    Residential Real Estate    Miami Beach

# Does the new FinCEN regulation affect you?

*Seminar discussed what deals are excluded, like those completed entirely using wire transfers*

TRD MIAMI                                                                                      Mar. 02, 2016 03:00 PM

By Sean Stewart-Muniz



The federal government's tracking of secretive cash deals for pricey Miami real estate began Tuesday, and the question on Realtors' minds has been "How does this affect me?"

Not as deeply as you might think, real estate attorney Russell Jacobs said at his Wednesday seminar titled "Avoid the Treasury Trap with Foreign Buyers."

A group of about 20 Realtors attended the class at the Miami Association of Realtors' headquarters primarily to better understand the methodology behind the U.S. Financial Crimes Enforcement Network's new disclosure requirements.

The agency, better known as FinCEN, rolled out "geographic targeting orders" Tuesday that require title insurance companies to disclose the names of buyers behind anonymous companies that pay cash for $1 million-and-up homes in Miami, and $3 million-and-up in Manhattan for the next six months. It's an effort by the federal government to better curtail money laundering through high-end U.S. real estate in both markets.

ADVERTISING

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. **Privacy & Policy**   Ok, Got it

Jacobs' first point of discussion was how these orders could affect a deal, or the market of foreign buyers in general.

The new regulation could scare off investors who see it as the U.S. overstepping its boundaries, he said. While the Internal Revenue Service doesn't seize homes and assets for personal gain, Jacobs said, some of the despotic governments that investors deal with at home do.

Couple that with a strong U.S. dollar discouraging foreign investment here, and the luxury market in Miami could suffer as its image of being a safe haven is tarnished, he said.

"We want to get the word out that this isn't something to be afraid of," Jacobs said at the seminar. "What we're dealing with now is Latin American clients thinking that investing in Miami is going to be problematic because of the reporting."

So what types of transactions are covered? Residential purchases above $1 million, made using a legal entity, with either paper checks or cash for any portion, and entirely without any type of bank issued financing, will be scrutinized by FinCEN. If any of those checkboxes aren't hit, Jacobs said, the transaction won't fall under disclosure requirements.

That means commercial purchases — including residential buildings with more than 5 units — and individual deals below the $1 million threshold aren't scrutinized by FinCEN. Bank financing also keeps a purchase out of the spotlight because financial institutions have their own forms of disclosure when issuing a loan, Jacobs said. If a purchase is

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. **Privacy & Policy**   Ok, Got it

And while those exceptions might seem narrow, the orders only affect Miami-Dade County and Manhattan in New York City. So Broward and Palm Beach counties in South Florida, or really anywhere else in the country, are exempt from the rules, Jacobs said.

However, Jacobs said not all of the workarounds are without drawbacks. Trusts — while not covered under the order — can open an owner to legal liability in the event of a lawsuit, as would making a purchase under your actual name, on top of extra taxation from the U.S. government.

"Hopefully FinCEN realizes this is an inefficient way to go about catching money launderers," he said. "Ultimately they're really hurting the local economy."

Subscribe to *The Real Deal* for as little as $.49 a day. Click here for more.

     https://trd.media/fla/tOhUaY   Copy

**Tags**

fincen



We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. **Privacy & Policy**   Ok, Got it

RELATED ARTICLES

Feds look to seize Porsche Tower condo unit tied to $1B money laundering case

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. **Privacy & Policy**    Ok, Got it

Fed renews crackdown on cash buyers of luxury real estate

How Miami's real estate market is coping with Treasury's shell company crackdown: panel

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. **Privacy & Policy**   Ok, Got it

What does federal tracking of luxe homebuyers mean for Broward and Palm Beach?

Feds expand controversial tracking of secret home buyers to Broward, Palm Beach and more

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. Privacy & Policy    Ok, Got it

Treasury move "just the beginning" in identifying secret buyers of luxe real estate: event

FinCen director on all-cash scrutiny broadening anti-money laundering in real estate

**You May Like**                                    Sponsored Links by Taboola

**Before You Renew Amazon Prime, Read This**
Wikibuy

Man Who Predicted 2020 Crash Now Says "Second Wave" Coming

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. **Privacy & Policy**    Ok, Got it

### After Celine Dion's Major Weight Loss, She Confirms What We Suspected All Along
Atlantic Mirror

### Look Closer, The Photographer Was Not Expecting This Photo
Scientific Mirror

### Meet the Richest Female Journalists on Fox
investing.com

### He Died 15 Years Ago, Now His Family Confirms The Rumors
Fresh Edits

### Man Decides To File For Divorce After Taking A Closer Look At This Photo!
FactAhead

### New Assisted Living Apartments Near Clarksburg Are A Dream Come True!
Senior Living

ABOUT US   CONTACT US   PRIVACY POLICY   SUBSCRIBE   ADVERTISING   CUSTOMER CENTER   DIRECTORY   CAREERS

All rights reserved © 2020 The Real Deal is a registered Trademark of Korangy Publishing Inc.

3050 Biscayne Boulevard, Suite 604, Miami, FL 33137   Phone: 212-260-1332

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. Privacy & Policy   Ok, Got it