# EXHIBIT 25



**SUPPORT US**

*South Florida's independent source of local news and culture*

# roward Realtors Make Blatant ppeal to Cash Buyers Who ould Be Scrutinized in Miami

**RECOMMENDED FOR YOU**

- Study Finds Rare Florida Bird Eats Junk Food to Survive
- These Are the Ten Funniest Things We've Seen in the NBA Bubble

ADVERTISEMENT

**RY IANNELLI** | **JANUARY 26, 2016** | **10:00AM**

Last year, a *New York Times* investigation showed that a large portion of luxury, multimillion-dollar homebuyers in that city were foreign nationals with dubious backgrounds who were dumping money into American real estate to evade the prying eyes of their home governments. The U.S. government announced two weeks ago that it will begin monitoring all-cash home sales of $1 million or more in two counties — New York (a.k.a. Manhattan), and Miami-Dade, where fraud is also expected.

In response to an article about the new program, Melissa Hoff Roth, a Fort Lauderdale realtor, shared her own thoughts about the crackdown on Miami's condo market on Facebook. She wasn't exactly upset.

wasn't exactly upset.

"Got cash?" she wrote. "The Ft Lauderdale market is hot and a better deal than Miami anyway! Give us a call!!"

That's right: Hoff Roth, and her business partner, Howard Elfman — who is both the president of the Fort Lauderdale Association of Realtors, and director of the entire state's Association of Realtors — believe the federal monitoring program will push these foreign buyers out of Miami and up into Broward. And they think this is a good thing.

## RELATED STORIES

- **Russian Billionaires With South Florida Ties Involved in Panama Papers Leak**

---

*advertisement*

---

"It's a blessing for Broward," Hoff Roth said. "And it's happening just as Miami is falling."

In February 2015, the Times reported that a huge portion of New York's luxury apartments and condominiums — in buildings like the Time Warner Center or Trump Tower — were owned not by real humans with names, but by shell companies, like "Columbus Skyline LLC." Because of the way the companies were set up, it was virtually impossible for the average person to figure out just who owned the apartments. For nearly a year, a team of Times reporters worked to uncover

ADVERTISEMENT

KEEP SCROLLING OR CLICK TO READ:

**Broward Realtors Make Blatant Appeal to Cash Buyers Who Would Be Scrutinized in**

Cop Arrested for Overtime Fraud Openly Tweeted About "Terrorizing Broward County"

How a Weston Civic Group Transformed From Anti-Development to Anti-Black Lives...

Alumni Say Broward's Private Schools Must Confront Racism

Broward Man Says Maskless Workers Violated County Rules



force title-issuing agencies to "identify the natural persons behind companies used to pay 'all cash' for high-end residential real estate in the Borough of Manhattan in New York City, New York, and Miami-Dade County, Florida."

"We are seeking to understand the risk that corrupt foreign officials, or transnational criminals, may be using premium U.S. real estate to secretly invest millions in dirty money," Financial Crimes Enforcement Network Director Jennifer Shasky Calvery said in a statement.

It has long been suspected that Miami's current real-estate boom has been fueled by foreign criminals, largely from Russia, and Latin America, who are attempting to launder ill-gotten money into legitimate real estate. A 2013 report in *The Nation* magazine uncovered "more than a score" of foreign criminals and shady figures who owned property in the county.

Elfman, however, said he thinks the money-laundering concerns are overblown.

"I think the majority of people purchasing are just wealthy people who don't want their governments to know what their assets are," he said. "Across the board – Asian countries, like China, tend to want to know what assets people have. Latin American countries, same thing. These governments might try to take money from people."

When asked if there might be a reason said investors want to skirt around the eyes of the government, Elfman said he sees

skirt around the eyes of the government, Linnan said he sees no moral dilemma in marketing to these folks.

"The hypothetical person is a businessperson from, say, China, who wants a secure investment in the U.S., considers this a good market, and just doesn't want his or her funds scrutinized," he said. "In Miami, those transactions happen every day. In Broward, this is not as commonplace. Our market tends to be more people buying first or second homes. But if Miami is going to be scrutinized so much, I think people will start to look a little closer and move it up to Broward."

---

**WE BELIEVE LOCAL JOURNALISM IS CRITICAL TO THE LIFE OF A CITY**

Engaging with our readers is essential to *New Times Broward-Palm Beach's* mission. Make a financial contribution or sign up for a newsletter, and help us keep telling South Florida's stories with no paywalls.

SUPPORT OUR JOURNALISM

For example, one of Fort Lauderdale's luxury residences, Riva, is largely filled with American tenants, the complex's director of sales, Marijke White, said. Some of Riva's units cost in excess of $1 million.

"The majority of our buyers are people downsizing, coming from New York, Rhode Island, Massachusetts," she said, adding that she wasn't exactly knowledgeable about the Miami market's possible issues with money laundering. "But we're

hoping this will push more foreign buyers toward the Fort Lauderdale area. People who are international know Miami on the map. You could be in China, and mention Miami and people will say, 'There are all those TV shows there!' But nobody knows Fort Lauderdale." After living in Fort Lauderdale for 30 years, she, at least, said she doesn't believe the county will become a haven for foreign criminals.

And neither does Elfman, for that matter.

"It's pretty good for Broward," he said. "We're going to say, 'We're not going to look into your pocketbooks, your bank accounts. If you have money, if you can provide a cashier's check. We'll work with you."

---



**Jerry Iannelli** is a staff writer for *Miami New Times*. He graduated with honors from Temple University. He then earned a master's degree in journalism from Columbia University. He moved to South Florida in 2015.
**CONTACT:** Jerry Iannelli
**FOLLOW:** Twitter: @jerryiannelli

---

**NDING NEWS**

ngry About the Killing of
eorge Floyd? Here's Where
Protest in South...

orida Woman Yells "Go

onald Trump!" After Buying
ut Store's Toilet...

p, Your Landlord Can't Shut
ff Your Electricity or Water in
orida

op Arrested for Overtime
aud Openly Tweeted About
errorizing Broward...

Powered by SailThru



berberg, a BSO deputy since 2006, was accused of falsifying overtime forms. / **Photo courtesy pf Broward**
**Office**

# op Arrested for Overtime Fraud
# penly Tweeted About 'Terrorizing

the names behind 200 apartment-owning companies, and found that a sizable portion were owned by foreign investors from nations like China or Russia. Of that number, 16 people had been the subject of "government inquiries" in their home countries.



0:53          0:40

The Ten Best      Where to Buy      The
New South         Medical           Gay

Powered by

**TOP STORIES**

◀

On January 13 of this year, the Treasury Department's Financial Crimes Enforcement Network announced it would begin to

# roward County"

**DELUCA** | **JULY 13, 2020** | **11:55AM**

Old tweets from a Broward Sheriff's Office (BSO) detective, who was arrested yesterday for allegedly swindling the agency out of more than $15,000 for unworked shifts and false overtime, include a mention of "terrorizing Broward County" and a boast about collecting overtime pay.

Luis Silberg, a BSO deputy since 2006 who worked in the robbery unit, was arrested on accusations of falsifying overtime forms on numerous occasions and lying more than 50 times about working a full shift when records showed he did not, according to a BSO press release.

The BSO says Silberg claimed to have worked an entire day on 57 different occasions when records showed he was either at home or had only worked part of his shift. His arrest comes after a nearly 18-month investigation that began after the FBI asked for help investigating Silberg on an unrelated case. Details of that case have not yet been made public.

*advertisement*

According to the *Sun-Sentinel*, Silberg earned $47,342 in overtime in 2019 on top of his $97,940 salary. The deputy has been suspended with pay since February, but following his arrest, he was suspended without compensation.

Silberg faces charges of grand theft, official misconduct, and

Silberberg faces charges of grand theft, official misconduct, and obtaining property under $20,000 by fraud.

A Twitter account under Silberberg's name with a profile photo of the thin blue line emblem shows a series of posts from April through May of 2009, just a few years after the BSO hired him.

While many are stream-of-consciousness tweets along the lines of "just got out of the pool. about to eat some sushi..." and "eating some bangin ass breakfast," one finds Silberberg boasting about "Terrorizing broward county" while enjoying some doughnut-related job perks:

> Chillin in the patty wagon. Terrorizing broward county and getting free coffe and doughnuts LOL
>
> – luis silberberg (@Anglerluis) May 12, 2009

In another tweet, the detective talks about collecting overtime payments:

> on that overtime money
>
> – luis silberberg (@Anglerluis) April 24, 2009

Silberberg also tweeted about napping in a police vehicle used to transport inmates:

> Taking a sick ass nap in the patty wagon. Woooop wooooop. Pull ova bitches. LOL

– luis silberberg (@Anglerluis) April 22, 2009

**WE BELIEVE LOCAL JOURNALISM IS CRITICAL TO THE LIFE OF A CITY**

Engaging with our readers is essential to *New Times Broward-Palm Beach's* mission. Make a financial contribution or sign up for a newsletter, and help us keep telling South Florida's stories with no paywalls.

SUPPORT OUR JOURNALISM

BSO spokesperson Gerdy St. Louis told *New Times* that while she doesn't know if the internal affairs division is aware of Silberberg's tweets, the posts will be forwarded to investigators. She declined to comment further, citing an open investigation into the deputy.

Sheriff Gregory Tony, who announced the arrest in a press conference, called Silberberg's actions a serious offense, noting that "the police have to be able to police themselves."

"I made a promise to the community that when we know, the community will know," Tony said. "It's unfortunate that we have to stand here today and talk about the arrest of someone who took an oath to fulfill the public's trust to safeguard this community."

Silberberg couldn't be reached for comment.

## NDING NEWS

**oward Man Says Maskless orkers Violated County ules**

**arkland Survivors Want You Pledge to Follow COVID-)...**

**op Arrested for Overtime aud Openly Tweeted bout...**

**ow a Weston Civic Group ansformed From Anti-evelopment to...**

*Powered by SailThru*





e Facebook group has pitted itself against local Black Lives Matter activists. / **Photo by City of**
**/Facebook**

# ow a Weston Civic Group ansformed From Anti- evelopment to Anti-Black Lives latter

**‹ DELUCA**  |  **AUGUST 3, 2020**  |  **11:35AM**

What began as a civic organization for Weston residents to protest a city rezoning project has slowly transformed into a secretive Facebook group frequented by several elected officials that now features anti-Black Lives Matter posts and offensive memes.

Back in 2017, a group called Keep Weston Green was formed by residents on a mission to "preserve and protect the green spaces against zoning changes and against development in Weston." According to a report published on The Real Deal, the group organized in response to a developer's proposal for a $70 million apartment development at the Weston Hills Country Club.

Records show that the organization dissolved in September 2019, just four months after successfully lobbying Weston officials to turn down plans for a park-and-ride facility that could have improved mass transit from southwest Broward County to Miami. At the time, residents feared the mass transit service would lead to a rise in crime in surrounding areas.

*advertisement*

Now, the coalition has rebranded as Weston UNITED on Facebook. Activists who have been monitoring the group say its current focus on the local Black Lives Matter movement ties back to its yearslong efforts to protect the manicured suburb of Weston, which is 82 percent white.

"They've just become more open with their racism, but their origins were very much kind of that tacit subliminal racism in terms of housing and transit policy," says Joseph Mullen, an 18-year-old Black Lives Matter Weston activist and Democratic National Convention delegate.

In June, as Black Lives Matter Weston began announcing its plans for a peaceful protest in the city, Weston UNITED members erupted in outrage, calling the students "spoiled," "troublemaking," and "delusional." Many group members echoed the same sentiment: There is no racism to protest in Weston.

Dozens of screenshots of posts from the private group shared with *New Times* reveal comments alleging that the local BLM

with *New Times* reveal comments alleging that the local BLM activists were bankrolled by billionaire philanthropist George Soros, calling Black Lives Matter Weston a terrorist group, and, in one instance, theorizing that it represents a "well coordinated attack by the Muslim brotherhood to take us down from within."

In June, an Instagram video posted by @blmweston identified Weston City Commissioners Mary Molina-Macfie, Margaret "Peggy" Brown, and Jim Norton as Weston UNITED members.

"These elected officials and candidates are complicit in the actions and views of Weston United; if they have not seen many of these posts before, then they are being revealed now, and these politicians can no longer plead ignorance," the activists of Black Lives Matter Weston wrote in a June 26 statement addressed to Weston UNITED.

Brown and Norton, both of whom are vying to be Weston's next mayor, didn't respond to multiple requests for comment from *New Times*. Neither did Molina-Macfie.





@blmweston/Instagram

In several posts and comments from the group, members discussed arming themselves ahead of a recent Weston protest that the *Sun-Sentinel* reported took the form of a peaceful march through the city.

"I am calling on gun owning law abiding citizens of Weston to protect our city and property. Reach out to your friend. We will hold the line," one member wrote.

"When people ask why you need an AR15 this is why lol," another commented.

One meme shared in the group reads, "BREAKING NEWS: Quaker Oats officially changes name to Shaquille O'atmeal," with a photo including Shaquille O'Neal's face superimposed over the Quaker logo.

hared a collaborative post.
June 19 at 9:26 AM · 🙂



@blmweston/Instagram

Several activists with Black Lives Matter Weston say they have tried to join the private Facebook group but were rejected by administrators.

"One of the scarier parts of this is that it's a safe haven for anyone to stay in and say whatever because it is so private, and people have to be cherry-picked to enter the group in the first place," says Jean Qian, a 16-year-old student activist with Black Lives Matter Weston, who noted that the page makes it possible for elected officials to post and support problematic material in private.

Mullen says the involvement of local officials is no coincidence.

"They're not just a Facebook group," he asserts. "They are openly doing petitions, backing candidates, and trying to have very subversive influence in the city."

George Navarini, a Pembroke Pines candidate seeking to

George Navarini, a Pembroke Pines candidate seeking to replace state Rep. Rick Stark, says he has been a member of Weston UNITED since it began as a group focused on zoning concerns.

Navarini concedes that the comment from a Weston UNITED member calling on gun owners in Weston to "hold the line" was "a little bit on the edge." Asked if he supports that type of language as a candidate for state legislature, he Navarini firmly says no.

"That is inappropriate language directed to anybody: student, senior, anyone," he says. "No, I will not condone that."

Navarini says he believes Black lives do matter but he also believes that Black Lives Matter is a "Marxist organization" — which, as a Miami native with immigrant parents from Argentina, he opposes on principle. When he was five years old, he says, someone burned a cross in his family's front yard in Allapattah.

"My suspicion, I strongly suspect, considering the age and the age that we're in — none of the leaders of the Marxist Black Lives Matter movement has ever had a cross burned on their front door," he says. "I have."

During an online special city meeting held June 29 by the Weston City Commission to discuss the topic of defunding the police force, Grace Sigal, a former director for Keep Weston Green and one of several current administrators for Weston

UNITED, spoke about a petition she called "Safety first, Support BSO," referring to the Broward Sheriff's Office.

The petition, which has garnered more than 500 signatures, argues that a *Sun-Sentinel* op-ed piece published by the Black Lives Matter Weston activists that talks about Weston as "an example of white flight" is an inaccurate reflection of the community. Sigal urged city officials to address the article, telling them that the city's image is "at stake."

"The repercussions of this silence can have long-lasting effects on the reputation of this wonderful city being tarnished for future residents which can result in property value decline and loss of business and city revenue," the petition states.

During the meeting, one Weston student named Olivia shared her own experiences with racism in the city. She said she moved to the area about three years ago and encountered a level of racism she'd never experienced before.

As she spoke about the white people in Weston who claim racism doesn't exist simply because they don't experience it, her words were met with a disapproving head-shake from Commissioner (and mayoral candidate) Brown.

"Black students in Weston and around Broward County are continuously intimidated and scared by police in our county. We cannot control how we feel," Olivia said.

Brown was shown continuing to shake her head and wave her hands at the camera.

hands at the camera.

"You can continue to make fun of me, especially on camera, and look at me and pretend that the things I experience do not happen. But they do," Olivia shot back.

Joy Rice, a 17-year-old Black Lives Matter Weston activist, tells *New Times* it's extremely frustrating to see the tactics local officials are using to undermine Black residents' experiences with racism. She says the officials have brought up the killings of Breonna Taylor and George Floyd, demanding that the students provide them an example of that happening in Weston.

At the beginning of the June 29 meeting, Brown posed a question along those lines: "Where are the statistics? What is this about?"

## WE BELIEVE LOCAL JOURNALISM IS CRITICAL TO THE LIFE OF A CITY

Engaging with our readers is essential to *New Times Broward-Palm Beach's* mission. Make a financial contribution or sign up for a newsletter, and help us keep telling South Florida's stories with no paywalls.

**SUPPORT OUR JOURNALISM**

Says Rice: "You don't have to be a victim of police brutality to be oppressed by the system. We shouldn't have to get to that point where we have to wait on a murder to happen for us to

want change in Weston."

After the Black Lives Matter Weston activists met with the principal of Cypress Bay High School to discuss the need for more curriculum on Black history, the school announced it will be offering a new honors African-American history elective course for the upcoming school year.

But while the activists acknowledge and celebrate that step forward, they emphasize that a lot of work remains.

"I think that what Weston UNITED thinks is that we're going to back down, and we're definitely not," Rice says. "The more reluctant people are, the more determined we are as an organization to make sure that we can vote as well as have change in this community."

---

**NDING NEWS**

oward Man Says Maskless
orkers Violated County
ules

arkland Survivors Want You
Pledge to Follow COVID-
...

op Arrested for Overtime
aud Openly Tweeted
bout...

ow a Weston Civic Group
ansformed From Anti-
evelopment to

evelopment fo...

*Powered by SailThru*



an Heritage School in Plantation / **Screenshot via Google Maps**

# lumni Say Broward's Private
# chools Must Confront Racism

**OMI FEINSTEIN** | **JULY 1, 2020** | **9:31 AM**

Amid nationwide protests in the aftermath of George Floyd's death in police custody in Minneapolis, many Broward County private schools issued statements condemning racism and pledging support for the Black community.

American Heritage School, which has locations in Plantation and Delray Beach, stated in a Facebook post that it "does not tolerate racism and stands in solidarity with our students,

family, staff, and faculty of color against acts of racism, prejudice, bigotry or hatred."

NSU University School, a Davie prep school affiliated with Nova Southeastern University, vowed that it "must be actively engaged in living and promoting our Diversity and Inclusion Statement."

*advertisement*

And the David Posnack Jewish Day School in Davie noted that "the Jewish people have always stood against social injustice."

But on social media, the posts have been met with resistance from alumni who say the statements failed to adequately address the schools' responsibility to confront racism. In response, groups of graduates have issued their own letters filled with demands to their alma maters, most of which are predominantly white.

In the case of American Heritage School, 2012 graduate Abe Evans tells *New Times* he began to draft a letter to administrators after being "severely disappointed" by the school's public message.

"Their statement came seemingly in response to the protests over the murder of George Floyd, Breonna Taylor, and so many other Black people across this country, but failed to declare that Black lives matter or outline tangible steps American Heritage can take to better support the Black students, families,

faculty, and staff in the AHS community," Evans says.

As Evans' idea to write a response began making the rounds among alumni, 2017 graduate Chelsea Sinclair reached out, hoping to incorporate her experiences as a former Black student. Evans and Sinclair co-authored the letter, which faults Heritage for failing to mention anti-racism proposals the school could institute. Dozens of other Black students and alumni also contributed to the messaging.

The resulting missive, which has now been signed by nearly 800 students and alumni, requests that the school "publicly declare that Black Lives Matter and denounce police brutality; commit to equity by admitting more Black students for academic and need-based scholarships; hire, support, and promote more Black faculty and staff, not as support staff but as teachers, administrators, department heads, and deans; and require lessons on systemic racism and Black history in the curriculum by incorporating more Black authors."

The letter adds that the school must reach out to help those "who live near American Heritage campuses but do not benefit from its resources."

According to the U.S. Census Bureau, as of 2018 Plantation was 24 percent Black, while Delray Beach was 31 percent Black. The American Heritage student body was only 10 percent Black during the 2017-18 school year.

The school responded to the letter on its website, stating that

Black lives matter, committing to continue supporting various organizations that benefit minorities, and proposing a discussion with alumni. Evans says he is working with alumni from the school's Delray campus to create a town-hall event to institute changes at both locations.

A similar reckoning is taking place in Davie at NSU University School, commonly referred to as U-School. (Disclosure: The author of this story, Naomi Feinstein, is an alumna of NSU University School.)

After a letter signed by Head of School William Kopas was published to the NSU University School Alumni Facebook page denouncing systemic racism, alumni requested specifics about how the school planned to take action in the classroom and change the curriculum to educate students about racial inequality.

"What is the administration actually doing that is actionable moving forward? Is the school donating money and/or resources to organizations right now?" graduate Hayley Brooks commented. "'Promoting a 'diversity and inclusion statement' is a completely empty phrase and lacks any sort of specificity or action item."

In response, Robyn Kaiyal, the school's associate head of academic affairs, offered to meet with alumni to outline how the school plans to incorporate more teaching about racial and social injustice, introduce anti-bias training, and diversify its

student population.

"The message is clear: As a private-school community, we need to focus on this country's centuries-old systemic oppression of Black people and acknowledge our role in it and our responsibility to help fix it," Kaiyal wrote. "I would love to find ways in which you can actively participate and collaborate in continuing the journey with us to affect change. I am excited to start this dialogue."

Kaiyal confirmed to *New Times* the administration is actively meeting with alumni to address diversity and inclusion with students, faculty, and staff this school year.

American Heritage and U-School have no religious affiliation. The conversations on race at Broward's faith-based private schools have been slightly different. At Cardinal Gibbons and St. Thomas Aquinas, both of which are Catholic schools, administrators reposted words from seven chairmen of the U.S. Conference of Catholic Bishops calling for church members to stand up in the face of racism and social injustice.

David Posnack Jewish Day School composed its own statement, saying the school "will continue to ensure that our students are taught an important foundational principle of what it means to be Jewish – performing acts of loving-kindness towards others despite any of our differences."

Jakob Levin, a 2018 Posnack graduate, says the school's letter did not go far enough.

did not go far enough."

"What really struck me about the statement was there was virtually no mention of the question of race," Levin tells *New Times*. "They use racism at the end when talking about it as an example of forms of injustices but not as actually addressing the issue straightforwardly."

The school's statement prompted a written response signed by around 200 alumni. The signees demand more from Posnack, such as stating that Black lives matter, naming the individuals killed by police, diversifying the school's curriculum to include books written by Black authors, and establishing a reporting system and code of conduct regarding acts of discrimination.

"Your recent letter to the community claims that if we all remembered that the 'image of God' exists in each person on this planet, racism would be no more," the letter reads in part. "If you cannot name anti-Black racism and explicitly write that Black life, Jewish or not, matters, how can the Posnack community ever acknowledge historical and contemporary realities to begin the process of unlearning and dismantling racism?"

Levin says he believes the Jewish community, as a victim of genocide, has the responsibility to speak up for Black lives and against systemic acts of racism. He feels this is an opportunity for the school to lead the charge within the greater Jewish community in tackling bias and racism.

## WE BELIEVE LOCAL JOURNALISM IS CRITICAL TO THE LIFE OF A CITY

Engaging with our readers is essential to *New Times Broward-Palm Beach's* mission. Make a financial contribution or sign up for a newsletter, and help us keep telling South Florida's stories with no paywalls.

**SUPPORT OUR JOURNALISM**

"I don't think there are any alumni out here accusing the school of intentionally doing any of these things, but I think they are products of the larger issues of this country – just across the board, the educational system has failed in tackling the issue of antiracism and anti-prejudice," Levin says. "I think as a school, as a shining star in the South Florida community, we have the opportunity to not only make a statement but push the conversation forward for other Jewish communities."

With many proposals in mind, Levin reached out to members of the school administration to engage in a dialogue about racism. He says he has yet to hear back from anyone.

Reached by *New Times*, the school's board said Posnack stands firmly against racism.

"Posnack Jewish Day School's mission stands for equality and against all forms of racial injustice and racism of any kind," the school said in a statement.

**Naomi Feinstein** is a summer intern for *iami New*



**Naomi Feinstein** is a summer intern for *Miami New Times*. She is a rising junior at the University of Miami, where she is double-majoring in journalism and political science. She is also the senior editor of the UM student newspaper, The *Miami Hurricane*.

**CONTACT:** Naomi Feinstein

**FOLLOW:** Twitter: @naomifeinstein

---

### NDING NEWS

oward Man Says Maskless
orkers Violated County
ıles

arkland Survivors Want You
Pledge to Follow COVID-
)...

op Arrested for Overtime
aud Openly Tweeted
bout...

ow a Weston Civic Group
ansformed From Anti-
evelopment to...

*Powered by SailThru*

### Upcoming Events

Miami Dolphins vs. Kansas City Chiefs

Sun., Dec. 13, 1:00pm                    TICKETS

Luxury & Suite: Miami Dolphins v Kansas City Chiefs

Sun., Dec. 13, 1:00pm                    TICKETS

Luxury & Suite: Miami Dolphins v New England Patriots

Sun., Dec. 20, 1:00pm                    TICKETS

Miami Dolphins vs. New England Patriots

Sun., Dec. 20, 1:00pm                    TICKETS

See More >>





...ees preparing an apartment for fumigation are seen not wearing masks or gloves while touching the tenant's ...ngs. / **Photo courtesy of Kenneth Tague**

# ...roward Man Says Maskless ...orkers Violated County Rules

...HUA CEBALLOS  |  **JULY 1, 2020**  |  9:31 AM

Kenneth Tague has lived in the same Fort Lauderdale apartment building for 16 years. And for much of the past decade, he and his husband have been caring for Tague's mother, who moved into the building in 2011.

Since the novel coronavirus began spreading across Florida back in March, Tague says, he has worried about his mom, who at 77 is at high risk for becoming severely ill if exposed. So a few weeks ago, when their property was being prepared to be fumigated for termites, Tague emailed the association at Georgian Court Apartments North and taped a note to the front doors at their apartments asking anyone entering to wear a mask.

Nevertheless, home-security footage from Tague's apartment

shows that during the tenting on June 15, at least three workers entered the unit without any personal protective equipment and handled food and other items while preparing the apartment for fumigation. Tague, who has since filed complaints with multiple city and county officials, says he worries that his already vulnerable mother is now at even greater risk and that the workers could have spread the virus to other tenants by breathing on and touching their belongings.

*advertisement*

According to the Centers for Disease Control and Prevention (CDC), the novel coronavirus can survive on surfaces for hours or days, and it is possible – although not common – for the virus to spread when people touch an infected surface and then touch their mouths. In the two weeks since the fumigation, neither Tague nor his family members have shown any symptoms of illness, but they are nonetheless self-quarantining for 21 days.

Now, Tague wants the Fort Lauderdale city attorney's office to investigate the apartment association and charge the association manager with a misdemeanor for violating a countywide emergency order that requires essential workers to wear face coverings.

"We all know cases are surging in Florida, and my mother is already vulnerable. By not wearing a mask in her home, that's worse than a lot of other crimes that are prosecuted as

misdemeanors," Tague says.

Tague's pleas for an investigation come at a time when many Americans are arguing about the necessity for and constitutionality of mandatory mask policies. Because the CDC recommends that people wear masks or other facial coverings to mitigate the transmission of COVID-19, several large South Florida cities now require masks to be worn in public, a move some residents have protested.

In Broward County, an emergency order requires workers to wear facial coverings when interacting with the public, but the order doesn't mention property managers or service technicians working alone inside a home. According to Florida statutes, the violation of an emergency order is considered a second-degree misdemeanor.

Reached by *New Times*, Forest "Bud" Middaugh, the community association manager for Georgian Court Apartments North, says he and his employees were going from apartment to apartment preparing the units for fumigation. He admits they did not wear masks or gloves when doing so.

When they reached Tague's apartment, Middaugh says, he told his employees to put on PPE before entering, but he was soon called away to another part of the building. The employees then entered the home without PPE and began to seal food and belongings that weren't properly prepared by Tague and his husband.

"By the time I got back, they were at the end of the hall, and I got a text from Ken saying he had people in his apartment without masks or gloves," Middaugh says.

Middaugh says he understands that he and his staff made a mistake, adding that they began wearing masks and gloves at every building after Tague's.

"I take full responsibility for this. I'm guilty," Middaugh says.

After the incident, Tague sent his concerns about the maskless workers to several city and county officials, including Fort Lauderdale City Attorney Alain Boileau. The city attorney's office prosecutes state misdemeanors and violations of the city and county ordinance.

In emails Tague shared with *New Times*, Boileau informed Tague that code enforcement was citing the apartment association and the fumigation company for a code violation, but he would not prosecute them for the incident.

"You are welcome to contact the Fort Lauderdale Police Department to report the June 15 incident and provide them your video evidence, however, I will not be filing or prosecuting any criminal charges regarding this matter at this time," Boileau wrote in the email.

Tague was not pleased with the response.

"They seem to think a misdemeanor should be ignored even if

It could lead to death," he says.

**WE BELIEVE LOCAL JOURNALISM IS CRITICAL TO THE LIFE OF A CITY**

Engaging with our readers is essential to *New Times Broward-Palm Beach's* mission. Make a financial contribution or sign up for a newsletter, and help us keep telling South Florida's stories with no paywalls.

SUPPORT OUR JOURNALISM

Boileau declined to comment when contacted by *New Times*.

Tague also sent his complaints to the building association, Broward County Vice Mayor Steve Geller, and Fort Lauderdale Mayor Dean Trantalis. He says he has received no response in the past several weeks from any of their offices.

Tague says he wants local leaders to enforce the county mask order and to acknowledge the importance of doing so.

"If you're gonna have someone going into old people's homes, you need to make sure they're wearing masks and gloves," says Tague. "It's a real big risk to take by not doing so and, to me, there's gotta be some repercussions."

**NDING NEWS**

umps Meets With MSD
milies as *After Parkland*

ocumentary Nears...

rget Sanity Walks — Take a
eighborhood Insanity Walk

oward Pastor Who Claims
e Predicted COVID-19 Brags
e's "Well Endowed"

deo of Broward ICE
etainee: "We're All Going to
e Here"

*Powered by SailThru*

Use of this website constitutes acceptance of our terms of use, our cookies policy, and our privacy policy

The New Times Broward-Palm Beach may earn a portion of sales from products & services purchased through links on our site from our affiliate partners.

©2020 New Times BPB, LLC. All rights reserved.

CALIFORNIA RESIDENTS: California Privacy Policy | California Collection Notice | Do Not Sell My Info