D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON GLANTZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Case No. 3:19-cv-08181-JCS<br><br>**JOINT STIPULATION TO MODIFY THE SUMMARY JUDGMENT BRIEFING PLAN AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 7-2, and subject to the Court's approval, Plaintiff and Defendant (collectively the "Parties") jointly stipulate to modify the summary judgment briefing plan entered by the Court at Dkt. No. 28. This is the first request to modify the summary judgment briefing plan, and this requested modification will not impact any other dates set by the Court, other than those related to summary judgment briefing. *See* Dkt. No. 28. This request is made only to accommodate Plaintiffs' schedule, and not for any improper delay. Accordingly, the Parties jointly stipulate to the following revised schedule:

| Revised Stipulated Briefing Plan | |
|---|---|
| **Event[1]** | **Deadline** |
| Plaintiffs' Cross Motion and Opposition | Thursday, October 8, 2020 |
| Defendant's Cross Opposition and Reply | Thursday, November 5, 2020 |
| Plaintiffs'' Reply | Thursday, December 3, 2020 |
| Hearing Date to be Notice by Parties[2] | Friday, January 8, 2021 at 9:30 AM by Zoom |

The Parties further jointly stipulate that all other aspects of summary judgment briefing not expressly altered herein shall remain as agreed in the original Joint Stipulation For Summary Judgment Briefing Plan and Order, Dkt. No. 28.

---

[1] Defendant's Opening Motion for Summary Judgment is not included here because Defendant filed its Opening Motion for Summary Judgment on September 10, 2020, pursuant to the original Joint Stipulation for Summary Judgment Briefing Plan and Order, Dkt. No. 28. *See* Dkt. No. 29.

[2] In the Order on the original Joint Stipulation For Summary Judgment Briefing Plan the Court indicated that the Court requires four weeks between the reply brief and hearing date. The schedule proposed herein provides five weeks, however, the Parties also recognize that the several holidays fall within that five week period. Accordingly, the Parties would welcome the Court's adjustment of the hearing date to accommodate the Court's preference.

| | | |
|---|---|---|
| 1 | DATED: September 17, 2020 | Respectfully submitted, |
| 2 | | DAVID L. ANDERSON<br>United States Attorney |
| 3 | | |
| 4 | | */s/ J. Wesley Samples*<br>J. WESLEY SAMPLES |
| 5 | | Assistant United States Attorney |
| 6 | | Attorneys for Defendant |
| 7 | | |
| 8 | DATED: September 17, 2020 | Respectfully submitted, |
| 9 | | */s/ D. Victoria Baranetsky\**<br>D. Victoria Baranetsky (SBN 311892) |
| 10 | | THE CENTER FOR INVESTIGATIVE<br>  REPORTING |
| 11 | | 1400 65th St., Suite 200<br>Emeryville, CA 94608 |
| 12 | | Telephone: (510) 809-3160<br>Fax: (510) 849-6141 |
| 13 | | vbaranetsky@revealnews.org |
| 14 | | Attorney for Plaintiffs |

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | |
| 5 | DATE: September 18, 2020 |
| 6 | _____ |
| | The Honorable Joseph C. Spero |
| | United States Chief Magistrate Judge |