D. Victoria Baranetsky (Cal. Bar No. 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON GLANTZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY,<br><br>Defendant. | Case No. 3:19-cv-8181-JCS<br><br>**DECLARATION OF D. VICTORIA BARANETSKY OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: January 8, 2021<br>Time: 9:30 AM<br>Place: Courtroom F, 15th Floor |

I, D. VICTORIA BARANETSKY, declare:

1. I am an attorney of record for the plaintiff in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am General Counsel at The Center for Investigative Reporting ("CIR"), which is a nonprofit established under the laws of California with its principal place of business in

1  Emeryville, CA.

2  3. On January 14, 2019, I submitted a letter on behalf of CIR reporter Aaron Glantz, appealing a denial of a November 24, 2018 Freedom of Information Act request to the Financial Crimes Enforcement Network ("FinCEN"). The denied FOIA request sought "[a]ny and all records containing information submitted in reports made to FinCEN under the Geographic Targeting Orders [("GTOs")] for cash real estate in selected markets from 2016 to present." Attached hereto as Exhibit 1 is a true and correct copy of that appeal letter.

4. On January 31, 2019, a FOIA officer at FinCEN acknowledged the receipt of the January 14, 2019 appeal letter.  Attached hereto as Exhibit 2 is a true and correct copy of that appeal acknowledgment.

5. Subsequent to the receipt of the appeal acknowledgment, I spoke with to an agency officer at FinCEN who stated that, although the agency would not provide GTOs or information contained therein, the agency might consider releasing records that are not themselves GTOs and that are not specifically exempted Bank Secrecy Act.

6. Attached hereto as Exhibit 3 is a true and correct excerpt of the following news article: Jon Swaine, *Michael Cohen case shines light on Sean Hannity's property empire*, THE GUARDIAN, Apr. 23, 2018, https://www.theguardian.com/media/2018/apr/22/michael-cohen-sean-hannity-property-real-estate-ben-carson-hud.

7. Attached hereto as Exhibit 4 is a true and correct excerpt of the following news article: Jon Swaine, *Sean Hannity: 400% rise in eviction orders since host bought Georgia apartment complex*, THE GUARDIAN, Apr. 27, 2018, https://www.theguardian.com/us-news/2018/apr/27/sean-hannity-eviction-orders-georgia-apartment-complex.

8. Attached hereto as Exhibit 5 is a true and correct excerpt of the following news article: Aaron C. Davis & Shawn Boburg, *At Sean Hannity properties in working-class areas, an aggressive approach to rent collection*, WASH. POST, May 11, 2018, https://www.washingtonpost.com/investigations/at-hannitys-properties-in-low-income-areas-an-aggressive-approach-to-rent-collection/2018/05/10/964be4a2-4eea-11e8-84a0-458a1aa9ac0a_story.html.

9. Attached hereto as Exhibit 6 is a true and correct excerpt of the following news article: Jenny Jarvie & Matt Pearce, *In Georgia, Sean Hannity is just another landlord hiking the rent*, L.A. TIMES, Apr. 27, 2018, https://www.latimes.com/nation/la-na-hannity-landlord-20180427-story.html.

10. Attached hereto as Exhibit 7 is a true and correct excerpt of the following news article: Alec MacGillis, *The Beleaguered Tenants of 'Kushnerville,'* PROPUBLICA, May 23, 2017, https://www.propublica.org/article/the-beleaguered-tenants-of-kushnerville.

11. Attached hereto as Exhibit 8 is a true and correct excerpt of the following news article: Nicholas Nehamas, *How secret offshore money helps fuel Miami's luxury real-estate boom*, MIAMI HERALD, Apr. 3, 2016, https://www.miamiherald.com/news/business/real-estate-news/article69248462.html.

12. Attached hereto as Exhibit 9 is a true and correct excerpt of the following news article: Kyra Gurney & Nicholas Nehamas, *After investing big in Miami real estate, these Argentines held in corruption scandal*, MIAMI HERALD, Nov. 3, 2018, https://www.miamiherald.com/news/local/community/miami-dade/article220558415.html.

13. Attached hereto as Exhibit 10 is a true and correct excerpt of the following news article: David Ovalle, David Smiley, & Nicholas Nehamas, *Suspicious land deal spurs investigation and intrigue for venerated Miami nonprofit*, MIAMI HERALD, June 19 2017, https://www.miamiherald.com/news/local/community/miami-dade/downtown-miami/article156660249.html.

14. Attached hereto as Exhibit 11 is a true and correct excerpt of the following news article: Nicholas Nehamas & Jim Wyss, *In luxe Miami condo tower, Venezuelan oil tycoon with state ties chases capitalist dream*, MIAMI HERALD, Apr. 22, 2016, https://www.miamiherald.com/news/business/real-estate-news/article73405142.html.

15. Attached hereto as Exhibit 12 is a true and correct excerpt of the following news article: Alexandra Stevenson & Matthew Goldstein, *Rent-to-Own Homes: A Win-Win for Landlords, a Risk for Struggling Tenants*, N.Y. TIMES, Aug. 21, 2016, https://www.nytimes.com/2016/08/22/business/dealbook/rent-to-own-homes-a-win-win-for-

landlords-a-risk-for-struggling-tenants.html.

16. Attached hereto as Exhibit 13 is a true and correct excerpt of the following news article: Michael Bott & Sean Myers, *Examining Wedgewood: A Look at the Home-Flipping Giant in Battle With Homeless Mothers*, NBC BAY AREA, Dec. 31, 2019, https://www.nbcbayarea.com/investigations/examining-wedgewood-a-look-at-the-home-flipping-giant-in-battle-with-homeless-mothers/2208119/.

17. Attached hereto as Exhibit 14 is a true and correct excerpt of the following news article: Khristopher J. Brooks, *Civil rights groups accuse real estate firm of preying on poor homeowners*, CBS NEWS, Oct. 1, 2020, https://www.cbsnews.com/news/fair-housing-lawsuits-vision-property-michigan.

18. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed October 8, 2020 in Oakland, California.

         *s/ D. Victoria Baranetsky*
         D. Victoria Baranetsky