D. Victoria Baranetsky (Cal. Bar No. 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and AARON GLANTZ, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TREASURY, <br><br> Defendant. | Case No. 3:19-cv-8181-JCS <br><br> **[PROPOSED] ORDER** |

    Before the Court are defendant's motion for summary judgment and plaintiffs' cross motion for summary judgment. Having given full consideration to all the parties' papers and evidence, the relevant authorities, and the oral presentations of counsel, and good cause appearing, this Court hereby denies the defendant's motion and grants the plaintiffs' cross motion.

    In accordance with Federal Rule of Civil Procedure 56(c), **IT IS HEREBY ORDERED:**

1. Defendant's motion for summary judgment is denied; and it is

2. **FURTHER ORDERED** that plaintiffs' cross motion for summary judgment is granted; and it is

3. **FURTHER ORDERED** that defendant shall release to plaintiffs all remaining non-exempt portions of the requested agency records within 10 days of the entry of this order; and it is

4. **FURTHER ORDERED** that defendant shall file with the Court and serve upon plaintiffs' counsel within 10 days of the entry of this order an affidavit or declaration attesting to and detailing defendant's compliance with it.

\*   \*   \*

**ORDER**

IT IS SO ORDERED.

DATED: _____   _____
HON. JOSEPH SPERO
MAGISTRATE JUDGE