Plaintiff

THE CENTER FOR INVESTIGATING REPORTING et al.,

v.

Defendant

UNITED STATES DEPARTMENT OF THE TREASURY

_____/

Case No. 19-cv-08181

RECEIVED

MAY 10 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

NOTICE OF APPEAL

NOW COMES the (Defendant) the UNITED STATES DEPARTMENT OF THE TREASURY giving the court notice of appeal from its ORDER dated 1/22/2021, to the Court of Appeals.

This appeal is made timely pursuant to Fed.R.App.P. 4(a)(1)(B). Pursuant to 28 U.S.C. § 1345, the district court clerk shall serve a copy to counsel below and all parties.

Respectfully submitted,

UNITED STATES DEPARTMENT OF THE TREASURY
FEDERAL TRUSTEE DUANE L. BERRY 26 USC 6903
1500 Pennsylvania Ave., NW
Washington, DC 20220



**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

GKJ:HLSwann:hls
157-0-52-3

March 26, 2021

Mr. Duane Leroy Berry
Federal Trustee
38742 Bramham Street
Clinton Township, MI 48038

Re: Administrative Tort Claim of Duane Leroy Berry

Dear Mr. Berry:

This is in response to your administrative tort claim dated February 22, 2021, which you submitted to the Department of Justice (Department). The Department received the claim on March 8, 2021.

Because your claim concerns an alleged tort involving the U.S. Department of the Treasury (Treasury), I am forwarding the claim to that agency. All further communication on this matter should be directed to the Treasury at the address listed below.

Very truly yours,

HOPE L. SWANN
Paralegal Specialist
Civil Division, Torts Branch

cc: Mr. Brent J. McIntosh
General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Room 3000
Washington, D.C. 20220

APPEAL,CLOSED,SCREEN,STTMM

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:21-cv-00393-D-BN

United States Department of the Treasury v. Seized Federal Securities
Assigned to: Senior Judge Sidney A Fitzwater
Referred to: Magistrate Judge David L. Horan
Cause: 28:1345 USA Plaintiff

Date Filed: 02/24/2021
Date Terminated: 03/25/2021
Jury Demand: None
Nature of Suit: 690 Forfeiture/Penalty: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States Department of the Treasury**

V.

**Defendant**

**Seized Federal Securities**

**Interested Party**

**Duane L Berry**
*Federal Trustee*

represented by **Duane L Berry**
#62250-019
BOP Butner FMC
PO Box 1600
BUTNER, NC 27509
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2021 | 1 | New Case Notes: A filing fee has not been paid. SCREEN case referral set and case referred to Magistrate Judge Horan (see Special Order 3). Initiating documents received by mail. (For court use only - links to the national index and to the prior sanctions found within the circuit index.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (mjr) (Entered: 02/25/2021) |
| 02/24/2021 | 2 | COMPLAINT against Seized Federal Securities filed by United States Department of the Treasury. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: |