IN THE UNITED STATES DISTRICT COURT

SCANNED

FILED
MAY 25 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RECEIVED
MAY 24 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Plaintiff

THE CENTER FOR INVESTIGATING REPORTING et al.,

v.

Defendant

UNITED STATES DEPARTMENT OF THE TREASURY

Case No. 19-cv-08181

## NOTICE OF APPEAL

NOW COMES the (Defendant) the UNITED STATES DEPARTMENT OF THE TREASURY, by and through its Federal Trustee Duane L. Berry pursuant to the United States Department of the Treasury Regulation 26 U.S.C. § 6903 and verified by the United States Department of Justice pursuant to Code of Federal Regulations (CFR 28 § 14.4) [See attach. Administrative Claim] giving the court notice of appeal from its ORDER dated May 5, 2021 (#43), to the Court of Appeals for the 9th Circuit.

Pursuant to Fed.R.App.P. 4(a)(1)(B)(ii), this appeal is made timely by an agency of the United States and should not be considered a filing on behalf of the Federal Trustee Duane L. Berry. Pursuant to 26 U.S.C. § 6903 the Federal Trustee assumes all exercisable powers of the (Defendant) the UNITED STATES DEPARTMENT OF THE TREASURY solely in-and-of-himself with respect to administrative civil tort filings, and court administrations.

Dated: May 6, 2021

Respectfully submitted,
UNITED STATES DEPARTMENT OF THE TREASURY
(Defendant)

1



**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

GKJ:HLSwann:hls
157-0-32-3

March 26, 2021

Mr. Duane Letroy Berry
Federal Trustee
38742 Bramham Street
Clinton Township, MI  48038

Re: Administrative Tort Claim of Duane Letroy Berry

Dear Mr. Berry:

This is in response to your administrative tort claim dated February 22, 2021, which you submitted to the Department of Justice (Department). The Department received the claim on March 8, 2021.

Because your claim concerns an alleged tort involving the U.S. Department of the Treasury (Treasury), I am forwarding the claim to that agency. All further communication on this matter should be directed to the Treasury at the address listed below.

Very truly yours,

HOPE L. SWANN
Paralegal Specialist
Civil Division, Torts Branch

cc:  Mr. Brent J. McIntosh
     General Counsel
     U.S. Department of the Treasury
     1500 Pennsylvania Avenue, N.W.
     Room 3000
     Washington, D.C.  20220

2

| Form **8822-B** (Rev. February 2018) Department of the Treasury Internal Revenue Service | **Change of Address or Responsible Party — Business** ▶ Please type or print. ▶ See instructions on back. ▶ Do not attach this form to your return. ▶ Go to www.irs.gov/Form8822B for the latest information. | OMB No. 1545-1163 |
|---|---|---|

Before you begin: If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here ☐

Check all boxes this change affects:

1 ☒ Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

2 ☐ Employee plan returns (Forms 5500, 5500-EZ, etc.)

3 ☐ Business location

| 4a Business name UNITED STATES DEPARTMENT OF THE TREASURY | 4b Employer identification number 47-1464937 |
|---|---|

5 Old mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.
1500 PENNSYLVANIA AVE NW, WASHINGTON DC   20220

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

6 New mailing address (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.
N/A

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

7 New business location (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.
N/A

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

8 New responsible party's name
DUANE L. BERRY

9 New responsible party's SSN, ITIN, or EIN
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

10 Signature
Daytime telephone number of person to contact (optional) ▶

**Sign Here**
Signature of owner, officer, or representative
FEDERAL TRUSTEE [26 U.S.C. § 6903]
Title

Date: 4-15-2019

### Where To File

Send this form to the address shown here that applies to you.

| IF your old business address was in . . . | THEN use this address . . . |
|---|---|
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service Cincinnati, OH 45999-0023 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service Ogden, UT 84201-0023 |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.   Cat. No. 57465H   Form **8822-B** (Rev. 2-2018)

CAND-ECF-CAND-ECF

5/7/21, 11:52 AM

Case 3:19-cv-08181-JCS   Document 43   Filed 05/05/21   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, <br><br> Defendant. | Case No. 19-cv-08181-JCS <br><br> **ORDER STRICKING DOCUMENTS RECEIVED BY DUANE BERRY** <br><br> Re: Dkt. No. 41 |

IT IS HEREBY ORDERED that the documents filed as Received from Duane L. Berry, a non-party to this action, are STRICKEN.

**IT IS SO ORDERED.**

Dated: May 5, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge


United States Court of Appeals for the __9th__ Circuit

CAPTION:

THE CENTER FOR INVESTIGATING REPORTING

_____ v.

**CERTIFICATE OF SERVICE**

Docket Number: __19-cv-08181__

UNITED STATES DEPARTMENT OF THE TREASURY

I, __FED TR. DUANE L BERRY__, hereby certify under penalty of perjury that on
(name)

__MAY 14, 2021__, I served a copy of __NOTICE OF APPEAL, U.S DOJ ADMIN TORT, TREASURY F8822-B__
(date)

(list all documents)

by (select all applicable)*

__X__ United States Mail
___ Federal Express
___ Overnight Mail
___ Facsimile
___ E-mail
___ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

U.S. ATTRNY' GEN.   950 Pennsylvania   Washington   DC   20530
Name               Address              City         State  Zip Code

U.S. ATTRNY' (CA N.D.)   450 Golden Gate   San Fran   CA   94102
Name                     Address            City       State Zip Code

U.S. Sec. of Treasury   1500 Pennsylvania   Washington   DC   20220
Name                    Address              City         State Zip Code

Cent for INvestigating Rpt   1400 65th St   Emeryville   CA   94608
Name                          Address         City         State Zip Code

May 14, 2021
Today's Date                                    Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party