UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>    Defendant. | Case No. 19-cv-08181-JCS<br><br>**ORDER STRIKING DOCUMENTS RECEIVED FROM DUANE BERRY**<br><br>Re: Dkt. Nos. 44, 45, 46 |

IT IS HEREBY ORDERED that the documents filed as received from Duane L. Berry, a non-party to this action, are STRICKEN. The Clerk is instructed to disregard any future submission by Mr. Berry that purports to represent the Department of the Treasury in this case, and not to file such submissions in the record.

**IT IS SO ORDERED.**

Dated: June 3, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge